NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Sherri E. Laster
19373 Avenue C
Perris CA 92570

FILED
2016 MAY 19 PM 4:07
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ___

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

OWB REO LLC

Plaintiff(s),

v.

Sherri E. Laster

Defendant(s)

CASE NUMBER:
SWC1600471
ED CV16-01036 JAK (DTBx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Sherri E. Laster
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Sherri Laster | defendant |

5/19/16
Date

Signature: /s/ Sherri Laster

Attorney of record for (or name of party appearing in pro per):

CV-30 (05/13)               NOTICE OF INTERESTED PARTIES